PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DENIS MBULIH,                )
                                 )   CASE NO. 4:26-CV-00530
            Petitioner,      )
                                 )
           *v.*            )   JUDGE BENITA Y. PEARSON
                                 )
IMMIGRATION AND CUSTOMS    )
ENFORCEMENT, *et al.*,          )   **JUDGMENT ENTRY**
                                 )
           Respondents.     )

Concurrent with its Memorandum of Opinion and Order, *see* ECF No. 15, Denis

Mbulih's Petition for a Writ of *Habeas Corpus* under 28 U.S.C. § 2241 is hereby dismissed. *See*

ECF Nos. 1, 2. Pursuant to 28 U.S.C. §1915(a)(3), the Court certifies an appeal from this

decision could not be taken in good faith.


     IT IS SO ORDERED.


May 21, 2026                               */s/ Benita Y. Pearson*
Date                                          Benita Y. Pearson
                                            United States District Judge